

Seyfarth Shaw LLP

620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526


jegan@seyfarth.com
T (212) 218-5291


www.seyfarth.com

June 23, 2022

<u>VIA ECF</u>

Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

>Re:   *Zinnamon v. Farmers Financial Solutions, LLC*,
>       Civil Action No.: 1:22-cv-03117-JPC

Dear Judge Cronan:

  This firm represents Defendant Farmers Financial Solutions, LLC ("Defendant") in the above-referenced action.  We write, with Plaintiff's consent, to respectfully request an extension of the deadline to respond to the Complaint, up to and including July 27, 2022.

  By way of background, Plaintiff filed the Complaint on April 15, 2022. (ECF No. 1.)  Defendant waived service of the Complaint on April 27, 2022.  Accordingly, the present deadline for responding to the Complaint is June 27, 2022.  We respectfully request that the deadline to respond to the Complaint be extended by 30 days, up to and including July 27, 2022.

  This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates.  This request is not intended to cause undue delay, but instead to provide additional time for Defendant to investigate the Complaint allegations, and for the parties to discuss a potential non-litigated resolution.  The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

  We thank the Court for its time and attention to this matter, and for its consideration of this application.

The request is granted.  Defendant shall answer or otherwise respond to the Complaint by July 27, 2022.

SO ORDERED.
Date: June 24, 2022
  New York, New York

_____
JOHN P. CRONAN
United States District Judge

84233358v.1



June 23, 2022<br>Page 2

Very truly yours,

SEYFARTH SHAW LLP

*/s/ John W. Egan*


John Egan

cc:    All counsel of record (via ECF)

84233358v.1