UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                Plaintiff,

-v.-

FARMERS FINANCIAL SOLUTIONS, LLC,

                Defendants.

---------------------------------------------------------------------------x

Civil Action No: 1:22-cv-3117

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, and with each party to bear its own costs and fees.

**Dated:** February 22, 2023

| For Plaintiff Warren Zinnamon | For Defendant Farmers Financial Solutions, LLC |
|---|---|
| */s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> mrozenberg@steinsakslegal.com | */s/ John W. Egan* <br> John W. Egan <br> Seyfarth Shaw LLP <br> 620 Eighth Avenue <br> New York, NY 10018 <br> Ph: 212-218-5500 <br> jegan@seyfarth.com |

92359539v.1

## CERTIFICATE OF SERVICE

I certify that on February 22, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>  */s/ Mark Rozenberg*
> Mark Rozenberg
> **Stein Saks, PLLC**
> *Attorneys for Plaintiff*

92359539v.1